J-S12008-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| EDWARD ZEIGLER | |
| Appellant | No. 2248 EDA 2013 |

Appeal from the Judgment of Sentence May 2, 2013
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0001450-2012

BEFORE:  BOWES, SHOGAN AND FITZGERALD,* JJ.

JUDGMENT ORDER BY BOWES, J.:                    **FILED JUNE 15, 2015**

Edward Zeigler appeals from the judgment of sentence seven to fourteen years incarceration to be followed by ten years probation imposed by the trial court after he pled guilty to aggravated assault and persons not to possess a firearm.  Counsel has filed a petition to withdraw from representation and a supplemental brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *Commonwealth v. Santiago*, 978 A.2d 349 (Pa. 2009), after we declined to permit him to withdraw and directed him to address an issue pertaining to Appellant's prior juvenile record.  We now affirm and grant counsel's petition to withdraw.

We outlined the facts of this matter and legal requirements for an *Anders* withdrawal in our prior opinion.  *See Commonwealth v. Zeigler*,

_____

* Former Justice specially assigned to the Superior Court.

112 A.3d 656 (Pa.Super. 2015). Accordingly, we need not repeat them. We add only that counsel has notified Appellant via letter of his filing of the supplemental brief and provided that brief to Appellant. Further, the Commonwealth has filed a supplemental brief agreeing with counsel's assessment.

We previously addressed Appellant's claims in his original **Anders** brief and determined that they were frivolous. However, we remanded this matter to address whether Appellant's prior commission of a robbery as a juvenile resulted in an adult conviction or a juvenile adjudication. Counsel has supplied the court with the presentence report that was considered by the court, and Appellant's FBI criminal extract, both of which confirm that Appellant was convicted as an adult and that he served two to six years incarceration. Thus, he submits that Appellant's sentence for persons not to possess a firearm was legal. Our review of the presentence report considered by the trial court demonstrates that Appellant was not adjudicated delinquent, but convicted of a crime. Accordingly, he was lawfully sentenced. **See Zeigler**, **supra** (discussing legality of sentence issue relative to persons not to possess a firearm).

In sum, after our independent review and for reasons discussed in our prior published opinion as well as this memorandum, we agree with counsel that Appellant's appeal is wholly frivolous. Therefore, we affirm and grant counsel's petition to withdraw.

- 3 -

Judgment of sentence affirmed.  Todd Mosser, Esq.'s petition to withdraw granted.  Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/15/2015